COMMONWEALTH of Pennsylvania,
Respondent

v.

Carl STREETER, Petitioner

No. 589 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Charles SMITH, Petitioner

No. 461 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

CORNELL NARBERTH,
LLC, Petitioner

v.

BOROUGH OF NARBERTH, Montgomery County, Pennsylvania and Yerkes Associates, Inc., C. O'Brien Architects, Inc. and Cheryl A. O'Brien, Respondents

No. 538 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

### ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.